**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSE ANTONIO MARTINEZ,

Plaintiff,

v.

BROOMFIELD, et al.,

Defendants.

Case No. 1:26-cv-03657 JLT FJS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMNARY INJUNCTION

(Docs. 9, 11)

Jose Antonio Martinez is a state prisoner and seeks to hold the defendants liable for civil rights violations that occurred while Martinez was incarcerated at incarcerated at C.C.I.-Tehachapi (*See generally* Doc. 1.) Martinez requests a preliminary injunction and protective order, requesting the Court direct the California Department of Corrections and Rehabilitation's Department Review Board to place Martinez in a restricted housing unit while this case is pending. (Doc. 9.)

The magistrate judge found that Martinez fails to meet "the requirements for the injunctive relief he seeks in [the] motion." (Doc. 11 at 3.) The magistrate judge noted that the complaint is pending screening, and at this procedural posture the Court lacks personal jurisdiction over any of the named defendants. (*Id.* at 2-3.) In addition, the magistrate judge observed that prisoners do not have a constitutional right to any specific housing locations, including at a particular correctional facility. (*Id.* at 3, citing *Meachum v. Fano*, 427 U.S. 215,

224–25 (1976), *Olim v. Wakinekona*, 461 U.S. 238, 244–45 (1983).) Therefore, the magistrate judge recommended the Court deny the motion for a preliminary injunction. (*Id.*)

The Court served the Findings and Recommendations on Martinez and notified him that any objections were due within 14 days. (Doc. 11 at 3.) The Court advised Martinez that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Martinez did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 21, 2026 (Doc. 11) are **ADOPTED** in full.
2. Plaintiff's motion for preliminary injunction (Doc. 9) is **DENIED**.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE